# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| K.S., a minor, by and through his parents and natural guardians, THOMAS and DONNA SCHENK | Civil No. 3:19-CV-00304 |
| Plaintiff, | |
| v. | |
| POTTSVILLE AREA SCHOOL DISTRICT, | |
| Defendant. | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 26th day of March, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1) Defendant's Rule 12(b)(6) motion to dismiss, Doc. 33, is **GRANTED** as to Plaintiff's Count II, "42 U.S.C. § 1983 First Amendment Violation";

2) Count II is hereby **DISMISSED**, without prejudice; and

3) Defendant's Rule 12(b)(6) motion to dismiss is **DENIED** as to all other Counts.

**IT IS FURTHER ORDERED** that a telephone status conference is scheduled for **April 8, 2020 at 11:30 a.m.**  Plaintiff's counsel shall arrange a call-in number and pass code, and provide that information to the court and opposing

1

counsel at least one hour prior to the call.

s/Jennifer P. Wilson  
JENNIFER P. WILSON  
United States District Court Judge  
Middle District of Pennsylvania